IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

WILLIE IVAN PEREZ-MARQUEZ, et. al.

Plaintiffs

v.

MIGUEL A. PEREIRA, et. al.

Defendants

**CIVIL NO.** 06-2218 (GAG)

## MEMORANDUM OPINION AND ORDER

Plaintiffs' civil rights action under 28 U.S.C. § 1983 is hereby DISMISSED. A review of the pleadings filed by plaintiff (see Docket Nos. 2 and 6) reveals that his injuries were sustained as a result of the negligence of a penal officer and an inmate who assaulted plaintiff. An administrative investigation was indeed carried out at the penal institution confirming plaintiff's allegations of negligence.

While a negligence claim is available to plaintiff under Puerto Rico law to seek redress for his injuries, the same does not rise to the level of a constitutional violation, as is required for a plaintiff bringing a civil rights action before this Court pursuant to Section 1983.

Plaintiff, hence, must pursue his negligence claim before the Puerto Rico courts.

**SO ORDERED.**

In San Juan, Puerto Rico this 5th day of February, 2007.

*S/ Gustavo A. Gelpi*

GUSTAVO A. GELPI
United States District Judge